EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent, *v.* HERBERT CANNON, Appellant, Impleaded with Others.

Argued October 14, 1940; decided November 13, 1940.

*Jay Leo Rothschild, Louis Rivkin* and *Leonard Golluber* for appellant.

*James D. Ewing* and *Donald M. Dunn* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS and LEWIS, JJ. Taking no part: CONWAY, J.